**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Robert C. WOODSON, Jr., Defendant—**
**Appellant.**

**No. 05–7273.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2006.

Decided: Sept. 7, 2006.

Robert C. Woodson, Jr., Appellant Pro
Se.

Before WILLIAMS, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Robert C. Woodson, Jr., appeals the district court's orders denying his petition for writ of error coram nobis and his subsequent motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Woodson,* No. CR–96–370 (E.D. Va. filed May 31, 2005 & entered June 1, 2005; filed June 27, 2005 & entered June 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*